# AMENDED ANSWER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 24 2021

KEVIN P. WEIMER, Clerk
By: _____ Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION |
| v. | : NO: 1:19-CR-445-01-WMR |
| ASHTON WILLIAMS, | : |
| Defendant, | : |
| and | : |
| | : |
| BRANCH BANKING AND TRUST COMPANY (BB&T), | : |
| Garnishee. | : |

## ANSWER OF THE GARNISHEE

I, __Pam Ramsey__ (Declarant), as the

__Deposit & Payment Operations Specialist__ (Title of Declarant) of Garnishee,

__Truist fka BB&T__ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

1

Declarant is the _____ (Title) of a partnership or trust known as _____ which is registered in the State of _____.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the _____ (title of declarant) of the _____ (official name of government entity) with a principal office located at _____.

☑ GARNISHEE IS A CORPORATION.

Declarant is the Deposit & Payment Operations Specialist (title of declarant) of the Truist fka BB&T _____ (corporation name), which is organized under the laws of the State of North Carolina.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

910-272-4247 - Garnishment & Levy Department

_____

3. On the 12 day of July, 2021, Garnishee was served with the Writ of Continuing Garnishment.

2

4. Declarant states the following regarding the subject of the Writ:

Yes   No
 ✓   ___   The Garnishee has custody, control or possession of the following property in which the debtor maintains an interest, including funds, accounts, monies, stock or earnings of the Judgment debtor, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|
| (1) checking 9046 | 6619.69 | Vice President (Account name is: City Sprinter Tours of Atl Inc.) |
| (2) | | |
| (3) | | |
| (4) | | |

5. Declarant states the following regarding whether there is any other garnishment currently in effect as to the property. If the answer is yes, the declarant describes the other action below.

Yes   No
___   ✓

3

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock or earnings of the Judgment debtor:

Yes  No
___  ___     not known

Amount                                    Estimate Date or Period Due

(1) $ _____             _____
(2) $ _____             _____
(3) $ _____             _____
(4) $ _____             _____

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

____ The Garnishee has the following objections, defenses, or set-offs to the United States' right to the claimed property of the Judgment debtor:

_____
_____

____ The judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ____ _____, will forward assets as they become available in the account(s).

____ The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to the Judgment debtor, or in which the Garnishee has an interest; and

is in no manner liable as Garnishee in this action for the following reasons(s): _____

_____

_____

_____*Pam Ramsey*_____
Representative of Garnishee
_Deposit & Payment Operations Specialist_
(Title)
_PO BOx 1489, Lumberton, NC 28359_
(Address)
_910-272-4247_
(Telephone Number)

Subscribed and sworn before me
this _19_ day of _Aug_ 20_21_.

_Jean Marie Taylor_
Notary Public
My Commission expires:
(SEAL)

**JEAN MARIE TAYLOR**
Notary Public
Robeson Co., North Carolina
y Commission Expires May 06, 2025



**Branch Banking and Trust Company**

Levy Garnishment Group
P.O. Box 1489
Lumberton, NC 28359-1489



U.S. Marshals Service
Atlanta, GA

AUG 2 4 2021

CLEARED



CERTIFIED MAIL

CHARLOTTE NC 280

9414 8118 9922 0424 9653 90

$5.86
US POSTAGE
FIRST-CLASS
FROM 28358
AUG 18 2021
stamps
endicia

Northern District of Georgia
2211 US Courthouse
75 Ted Turner Dr. SW
Atlanta GA 30303-3315

30303-331861